SHERIFF, CHURCHILL COUNTY, NEVADA, Appellant, v. FRED HULTENSCHMIDT, Jr., Respondent.

No. 7399

August 21, 1973　　　　　　　　　　512 P.2d 1326

*Michael V. Roth,* District Attorney, Churchill County, for Appellant.

*Diehl, Recanzone, Evans & Smart,* of Fallon, for Respondent.

## OPINION

*Per Curiam:*

This appeal is without merit. The order of the trial court is affirmed.